# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00490-CV

## In re Roy Vicencio

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On August 4, 2008, relator Roy Vicencio filed a motion for emergency relief and petition for writ of mandamus complaining of the trial court's July 31 order requiring him to produce certain discovery responses by 10:00 a.m. on August 4, 2008. *See* Tex. R. App. P. 52.8, 52.10. We granted Vicencio's motion for emergency relief and stayed the discovery order pending our determination of the merits of Vicencio's petition. On August 5, the real party in interest filed a response to the petition and a motion for reconsideration of our emergency stay. Having reviewed the documents filed by the parties, we dissolve our emergency stay and deny Vicencio's petition for writ of mandamus.

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   August 6, 2008